STATE OF MICHIGAN
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDRENA BROOKS and BRIDGET
BROWN,

      Plaintiff,                                    Case No. 05- 71640
                                                                   Hon. Lawrence P. Zatkoff

vs.

COMCAST OF THE SOUTH, INC.,
COMCAST CABLEVISION a/k/a
COMCAST CABLEVISION OF WILLOW GROVE, INC.,
a Foreign Corporation, and JAN THOMPSON,

      Defendants.
_____/
DANIEL G. ROMANO (P49117)
**THE THURSWELL LAW FIRM, PLLC**
Attorneys for Plaintiff
1000 Town Center, Suite 500
Southfield, MI 48075
248/354-2222

KIENBAUM, OPPERWALL, HARDY & PELTON, PLC
THEODORE R. OPPERWALL P31374
Attorneys for Defendant
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
248-645-0000
_____/

## ORDER FOR FIRST ADJOURNMENT OF DATES

    At a session of said Court held in the United States District Court for the Eastern District of Michigan.

    PRESENT: HONORABLE    Lawrence P. Zatkoff_____
                                               U.S. DISTRICT COURT JUDGE

    PUR SUANT TO STIPULATION OF COUNSEL;

THE THURSWELL LAW FIRM
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

-2-

**IT IS HEREBY ORDERED AND ADJUDGED that:**

(1) **Discovery cutoff shall be and is hereby adjourned for a period of 60 days, from February 25, 2006 to April 25, 2006;**

(2) **The Dispositive Motion cutoff date shall be and is hereby adjourned until May 5, 2006;**

(3) **The above adjournments will not affect the Pre-Trial date or the Trial date.**

**IT IS FURTHER ORDERED AND ADJUDGED that this is the first adjournment of any dates.**

          s/Lawrence P. Zatkoff
          U. S. DISTRICT COURT JUDGE

THE THURSWELL LAW FIRM
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222